FILED
CLERK, U.S. DISTRICT COURT

Dec 10, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BETH MAXWELL STRATTON (Cal. Bar No. 138049)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-6828
 Facsimile: (213) 894-7819
 E-mail: Beth.Stratton@usdoj.gov

JS-6

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROSEMARIE PESCI,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT MCDONALD, Secretary, et al.,<br><br>   Defendants. | No. CV 15-00607 SVW (Ex)<br><br>~~[PROPOSED]~~<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1

The parties, having filed a Stipulation for Compromise Settlement and Release, and Stipulation for Voluntary Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice; and

2. Each party shall bear his/her/its own costs of suit and attorney's fees.

Dated:   December 10, 2015


HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE